**DISMISS and Opinion Filed September 16, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00552-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**JEISON OSEGUERA, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M23-61125**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is the State's motion to dismiss this appeal. We grant the
motion and order the appeal dismissed.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

240552F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-24-00552-CR     V.

JEISON OSEGUERA, Appellee

On Appeal from the County Criminal
Court of Appeals No. 2, Dallas
County, Texas
Trial Court Cause No. M23-61125.
Opinion delivered by Justice Garcia.
Justices Pedersen, III and Smith
participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered September 16, 2024